**Order filed, August 2, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00673-CV
_____

### IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN, Appellant

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569**

---

## ORDER

The reporter's record in this case was due **July 23, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Hipolita Lopez and Barbara Majors**, the court reporters, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM